CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JAN 30 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SUZANNA R. ROWE, <br><br> *Plaintiff,* <br><br> v. <br><br> RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA <br><br> AND <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, <br><br> *Defendants* | CIVIL NO. 3:06cv00055 <br><br><br><br> ORDER <br><br><br><br><br><br><br><br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on a motion to dismiss filed by Defendant Rector and Visitors of the University of Virginia ("University"), filed on November 20, 2006 (docket entry no. 6). For the reasons stated in the accompanying Memorandum Opinion, the Court hereby ORDERS the following:

(1) Defendant University's Motion to Dismiss (docket entry no. 6) is hereby GRANTED;

(2) Plaintiff's Motion to Remand, filed on December 11, 2006 (docket entry no. 20) is hereby DENIED as moot;

(3) this case is hereby DISMISSED WITHOUT PREJUDICE as to both defendants; and

(4) the Clerk of the Court is hereby directed to STRIKE this case from the docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

Date: January 30, 2007